**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     FedEx Freight, Inc. and David Forehand v. Bonnie Cargal,
Individually and as Representative of the Estate of Joseph Cargal, Jack
Cargal, and Andrew Cargal

Appellate case number:   01-22-00231-CV

Trial court case number:  2018-80520

Trial court:                   334th District Court of Harris County

On December 13, 2022, appellants filed a "Joint Notice to Temporarily Abate or Stay Further Action Pending Settlement and Funding," seeking to abate the appeal while the parties finalize a settlement. We **strike** appellants' joint notice because said notice is deficient for failing to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10.1(a)(5). The Court will consider a Motion to Abate that complies with the rules. *See id.*

It is so **ORDERED**.


Judge's signature: _____/s/ Julie Countiss_____
                              ☒  Acting individually      ☐  Acting for the Court


Date:     ____December 20, 2022_____